## STATE ex ROETTINGER v CINCINNATI

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 5, 1934

Stanley C. Roettinger, Cincinnati, Roy L. Struble, Cincinnati, and Sol Goodman, Cincinnati, for plaintiff in error.

John D. Ellis, Cincinnati, and Edward F. Alexander, Cincinnati, for defendant in error.

For full opinion see 2 OO 207; 49 Oh Ap 42.